## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:17-cv-03101-RPM

RACHEL NAPIER,

    Plaintiff,

v.

AECOM,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

    Plaintiff Rachel Napier, and Defendant AECOM, (collectively, the "Parties"), jointly and by and through their respective counsel, respectfully inform this Court, pursuant to D.C.COLO.LCivR 40.2, that the Parties recently reached a settlement that resolved all outstanding matters between them.  The Parties are currently in the process of effectuating this settlement, which the Parties expect will be completed within the next three weeks.  Accordingly, the Parties anticipate filing a Joint Stipulation of Dismissal with Prejudice by June 17, 2019.

    Respectfully submitted this 29th day of May, 2019.

| | |
|---|---|
| *s/Ian D. Kalmanowitz* | *s/Ryan P. Lessmann* |
| Ian D. Kalmanowitz | Ryan P. Lessmann |
| CORNISH & DELL'OLIO, P.C. | JACKSON LEWIS P.C. |
| 431 N. Cascade Avenue, Suite 1 | 950 17th Street, Suite 2600 |
| Colorado Springs, CO 80903 | Denver, Colorado 80202 |
| Telephone: (719) 475-1204 | Telephone: (303) 892-0404 |
| Facsimile: (719) 475-1264 | Facsimile: (303) 892-5575 |
| ikalmanowitz@cornishanddellolio.com | Ryan.Lessmann@jacksonlewis.com |
| | |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of May, 2019, a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was served via CM/ECF on the following:

Ian D. Kalmanowitz
CORNISH & DELL'OLIO, P.C.
431 N. Cascade Avenue, Suite 1
Colorado Springs, CO 80903
Telephone: (719) 475-1204
Facsimile: (719) 475-1264
ikalmanowitz@cornishanddellolio.com

*ATTORNEYS FOR PLAINTIFF*

*s/ Faith Poindexter*
For Jackson Lewis P.C.

2